**Appeal Reinstated and Order filed May 15, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-17-00733-CV
_____

### JAY & VMK, CORP. AND JOHN KELLY, Appellants

### V.

### BERTRAM TURNER AND REGULATORY LICENSING & COMPLIANCE AND CHRISTINA LOPEZ, HUMANITARIAN FINANCIAL INC., Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-34625**

## ORDER

On January 18, 2018, we abated this accelerated appeal on appellees' motion pending a ruling on their motion for rehearing in an original proceeding in the Supreme Court of Texas, No. 17-0099, *In re Turner*. We instructed appellees to notify this court within 10 days of a ruling in *Turner* or by March 19, 2018, whichever is sooner, of the status of *Turner*. No response has been filed.

The court has learned from the supreme court's website that the motion for rehearing in *Turner* was denied on April 13, 2018.

Accordingly, the appeal is **REINSTATED**. Appellees' brief is due within **20 days** of this order.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.